1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-189 LJO |
|---|---|
| Plaintiff, | APPLICATION TO SEAL ATTACHMENT A TO DEFENDANT'S MOTION IN LIMINE #2, PARTS 1 AND 2 (DOCS 40 AND 41). |
| v. | |
| MAURICE HUNT, | |
| Defendant. | |

The United States of America hereby applies to this Court for an order SEALING Attachment A to Defendant's Motion in Limine #2 (Docs. 40 and 41), in the above-captioned case until further order of the Court.

The Ninth Circuit has held that federal district courts have the inherent power to seal documents in appropriate circumstances. Offices of Lakeside Non-Ferrous Metals, Inc. v. United States, 679 F.2d 779 (9th Cir. 1982); United States v. Agosto, 600 F.2d 1256 (9th Cir. 1979).

In the present case, the defendant has attached as an exhibit to his Motion in Limine #2 a number of investigative reports authored by FBI Special Agent Nicholas Pottratz summarizing jail phone calls and jail visits made by the defendant since his incarceration in this case. The reports are not intended to be public record and they contain personal identifying information of several witnesses in this case, including the now fourteen year old alleged victim. To protect the victim and witnesses in this case, the

MOTION TO SEAL  1

government therefore requests this court enter an order sealing Attachment A to Defendant's Motion in Limine #2, Parts 1 and 2, until further order of the court.

Dated: July 23, 2013         BENJAMIN B. WAGNER
                 United States Attorney

                 /s/ Elana S. Landau
                 ELANA S. LANDAU
                 Assistant United States Attorney

1 BENJAMIN B. WAGNER
United States Attorney
2 ELANA S. LANDAU
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5
6 Attorneys for Plaintiff
United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-189 LJO |
|---|---|
| Plaintiff, | ORDER SEALING ATTACHMENT A TO DEFENDANT'S MOTION IN LIMINE #2, PARTS 1 AND 2 (DOCS 40 AND 41). |
| v. | |
| MAURICE HUNT, | |
| Defendant. | |

The United States having applied to this Court for a sealing order and good cause appearing thereof,

IT IS SO ORDERED, that Attachment A to defendant's Motion in Limine #2, Parts 1 and 2 shall be SEALED and shall not be disclosed pending further order of this court.

IT IS SO ORDERED.

Dated: **July 23, 2013**            **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

MOTION TO SEAL

3