# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00189 LJO |
| Plaintiff, | |
| vs. | ORDER ON DEFENDANT'S MOTION TO DISMISS ON SPEEDY TRIAL GROUNDS |
| MAURICE HUNT | |
| Defendant. | |

The Defendant filed his Pro Se motion claiming a violation of his right to a speedy trial pursuant to 18 USC 3161(c)(1), claiming that the 70 days from his arraignment to the present time has expired, and that the current trial date of August 6, 2013 is beyond the appropriate and legal time frame. He further requests an Court Order releasing him from custody.

The defendant has missed an important part of the statute, namely the circumstances that allow time to be excluded from the calculation of the 70 days (see 18 USC 3161(h)(1)-(7).)

In the instant case, time was excluded either on the record with stated good cause, or in a written order stating good cause as follows:

---May 28, 2013 through June 17, 2013 (20 days)

---June 18, 2013 through June 21, 2013 (3 days)

---July 18, 2013 through July 24, 2013 (6 days on two motions filed by the defendant pro se)

---July 22, 2013 through August 6, 2013 (16 days on the pending defense motion in limine).

The Court does note that some of these dates of exclusion do overlap, and of course, those overlapping

1

days are only counted once.

Since the Defendant was arraigned on May 8, 2013, the calculation is not close. The trial is scheduled to commence well within the Speedy Trial Act provisions. The instant motion is DENIED.

IT IS SO ORDERED.

Dated: **July 24, 2013**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE