# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00189 LJO |
|---|---|
| Plaintiff, | COURT RESPONSE TO DEFENDANT'S REQUEST FOR CONFIDENTIAL HEALTH RECORDS OF VICTIM |
| vs. | |
| MAURICE HUNT, | |
| Defendant. | |

The defendant has been convicted of the charged counts. The minor whose records are now being sought is the victim in the sexual allegations.

Defendant requests confidential medical records of the minor victim. The Court denies the request without prejudice, until and unless the defendant provides the Court with the specifics of what is being sought and specifically how it is being planned to be used so the Court can make proper findings after the appropriate balancing of defendant's legal reasons and needs verses the protection of the victim's right to privacy.

IT IS SO ORDERED.

**Dated: October 2, 2013**       /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE