UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00189 LJO |
| Plaintiff, | ORDER ON DEFENSE REQUESTS |
| vs. | |
| MAURICE HUNT, | |
| Defendant / | |

The Court has received and reviewed the Defendant's request for counsel. The request was filed with the Clerk of Court yesterday, on October 7, 2013. Although the Defendant is indicating his request for counsel is for the purpose of sentencing only, since that is the only matter currently pending before this Court, the appointment of Conflict Counsel Roger Litman is for all purposes through judgment and sentencing. This Court is not appointing Mr. Litman for the purpose of Appeal. The request for appellate counsel will have to be a separate and timely request made by or on behalf of the Defendant. Conflict Counsel Litman was obtained in the usual manner by processing the request through the Federal Defender's Office. Mr. Litman has accepted the appointment. Mr. Litman knows that the sentencing will proceed, as set at the time of the jury verdict of August 9, 2013, on October 28, 2013, at 11:00 a.m., and has assured the Court that he will be ready to proceed on that date, at that time.

The Court has also received a request from the Defendant (by way of a handwritten letter to the Clerk of Court received by the Clerk's office yesterday, on October 7, 2013). The Defendant requested he be placed on calendar because he has "several issues that I must speak to Judge O'Neill about." Further, the Defendant indicates that he wishes to file "several motions." This requested process is not

appropriate. The Court does not place matters on calendar to discuss motions a party may wish to file. The Court acts once a timely and appropriate motion has been filed. Perhaps, in light of the appointment of counsel, this request has become moot. Either way, the Defendant and/or anyone acting on his behalf is required to follow established procedure.

IT IS SO ORDERED.

**Dated:** October 8, 2013      /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE