UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HON. LAWRENCE J. O'NEILL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:13-cr-189  LJO |
| Plaintiff, ) | |
| ) | SENTENCE |
| vs. ) | |
| ) | |
| MAURICE HUNT, ) | |
| ) | |
| Defendant. ) | |

Fresno, California                    Monday, October 28, 2013


REPORTER'S TRANSCRIPT OF PROCEEDINGS










REPORTED BY:  PEGGY J. CRAWFORD, RDR, CRR, Official Reporter

APPEARANCES OF COUNSEL:

For the Government:		MICHAEL FRYE
				Assistant U.S. Attorneys
				2500 Tulare Street, Rm. 4401
				Fresno, California  93721

For the Defendant:		Pro Se

```
 1  Monday, October 28, 2013                    Fresno, California
 2  11:01 a.m.
 3          THE COURT:  Thank you, everyone.  Please be seated.
 4          Let's call the case of United States versus Hunt,
 5  Action Number 189.
 6          Your appearances, please.
 7          MR. FRYE:  Good morning, your Honor.  Mike Frye for
 8  the government.
 9          THE COURT:  You are representing yourself, Mr. Hunt?
10          THE DEFENDANT:  I believe I asked the Court for an
11  attorney.
12          THE COURT:  You did, and then you canceled it, so the
13  Court canceled that too.
14          The Court is here for judgment and sentencing.  Is
15  there any reason we should not proceed?
16          MR. FRYE:  No, your Honor.
17          THE COURT:  Mr. Hunt?
18          (Pause for the Defendant to respond.)
19          THE COURT:  Are you going to answer or not?
20          THE DEFENDANT:  To proceed?
21          THE COURT:  Yes.
22          THE DEFENDANT:  I don't know nothing about this.
23  That's why I asked the Court for an attorney.
24          THE COURT:  Mr. Hunt, stop playing games.  You asked
25  the Court for an attorney.  The Court gave you an attorney.
```

Case 1:13-cr-00189-LJO-SKO   Document 119   Filed 03/18/14   Page 4 of 17

4

1  Then you filed an immediate motion saying that you only wanted
2  an attorney for appellate purposes and not for sentencing
3  purposes.
4          So the Court withdrew its order to have you
5  represented.  That's what happened.
6          THE DEFENDANT:  It was for sentencing purposes.  On
7  the page 98 of the, I guess, the Presentence Report, it said I
8  had a certain amount of days to file the appeal and to request
9  an attorney for that purposes, and that's what I did.
10         I didn't -- I just wanted to get my legal issues
11 before this Court to make sure that, from what I knew, I could
12 get them heard.
13         But as far as the sentencing was going, I didn't
14 anticipate representing myself for sentencing.  I don't know
15 nothing about this.
16         THE COURT:  Nice try.  It's not going to work.
17         The Court is going to proceed with sentencing at this
18 time.  The Court has received and reviewed the 99-page Revised
19 Presentence Report of September 26th of 2013 and the
20 government's objections to the PSR.
21         With regard to the objections, I will rule on them
22 now.  With regard to paragraph 21, as described in Document 97
23 of the government's objections to the Presentence Report, the
24 Court sustains the objection, agrees with the government.
25         As far as paragraph 22 is concerned, the objection is

1 overruled in that the victim did indicate that she lost
2 consciousness in the shower.
3     With regard to paragraph 23, the Court sustains the
4 objection.
5     With regard to paragraph 26, the Court sustains the
6 objection.
7     And with regard to paragraph 27, the Court sustains
8 the objection.
9     The Court finds that the applicable offense level is
10 40, the Criminal History Category is VI. The guideline range
11 is 360 months to life.
12     The Court notes what the Probation's recommendation
13 is as to Counts 1, 2, and Counts 3 through 6.
14     Does the government wish to be heard?
15     MR. FRYE: No, your Honor.
16     THE COURT: Mr. Hunt, do you wish to be heard before
17 you are sentenced?
18     THE DEFENDANT: Heard as to what, your Honor?
19     THE COURT: As to your sentencing, what we are doing
20 here today.
21     THE DEFENDANT: Well, what can I say?
22     THE COURT: That's not up to me to decide. That is
23 up to you. Do you wish to be heard before you are sentenced?
24     THE DEFENDANT: I do, your Honor.
25     THE COURT: Then I'm listening.

1       THE DEFENDANT: I just ask that the Court would
2 consider the fact that, one, Mr. Hunt never intended to go to
3 trial pro per. I felt like I was placed in a situation where
4 my attorneys wasn't going to represent me right, so I went
5 ahead and had no other recourse, I felt, but to go forward.
6 And I did and I tried to give it the best I could.
7       As far as the victim is concerned, to take nothing
8 from it or add anything, I just hope that the Court would
9 consider the fact that the victim did admit that she lied
10 about her age, that she was already living the lifestyle
11 before I met her.
12       This is not a case where Mr. Hunt went around and
13 tried to prey on minors, where minors congregate. Wasn't at
14 no school. Wasn't at no library. I don't do stuff like that.
15       I was surprised more than anybody that this girl was
16 underage. It was a bunch of lies on her part. The EOC
17 doctor, she was probably the most purest witness in the trial.
18 She testified that she saw nothing that was -- that would lead
19 her to believe that SG was underage. She thought she was 18
20 also.
21       This girl was under a alias name. She told the staff
22 at EOC that she had reported this assault, as she supposedly
23 had happen at my hands, to the authorities that it was done by
24 five other girls.
25       It is just amazing, your Honor, that I'm here behind

1  this juvenile delinquent who told so many different stories,
2  you know, as to what was convenient for her circumstances and
3  had a story that differed from her own stories, not so much as
4  Mr. Hunt saying I didn't do this, but her initially saying
5  that I didn't do it.
6       You sat there. You heard the trial, your Honor. So,
7  you know, I defer to you. I just didn't want the Court to
8  think that I was intentionally wasting anybody time. I truly
9  felt I was innocent of the charge.
10       As the charge is written, if there had been a
11  different charge, different language, I believe it would have
12  been a different result. And with that, I submit it.
13       THE COURT: Does the government wish to respond or
14  not?
15       MR. FRYE: Just briefly, your Honor. I believe with
16  respect to the jury verdict, they were given choices. One had
17  to do with the age of the victim, but also whether force or
18  fear was used. And I think that they, in the verdict,
19  indicated that both of those prongs had been satisfied, either
20  one of which could have led to a conviction.
21       This really has to do with a certain level of
22  callousness. The Court was a witness to what was said by the
23  witnesses in this case.
24       There is not much more I can respond to. I think the
25  probation report really does a good job of it, but just for

1 the Court to recognize there are different prongs in terms of
2 how you can satisfy this particular violation.
3     THE COURT: All right. The Court deems the matter
4 submitted.
5     The Court notes the horrendous facts of abuse of a
6 13-year-old in this case, and they were, in fact, horrendous.
7 This is a 13-year-old girl, who was a middle school student.
8     And what you did to her, Mr. Hunt, was outrageous, no
9 matter what her age was. But in particularly noticing what
10 her age was, what you were having her do, not just for you,
11 but also at your request from a business standpoint, was
12 beyond description. How a human being could do that to
13 another human being, no matter what her age was, is not
14 forgivable under the law.
15     The facts are well spelled out by the Probation
16 Department, and I thank the Probation Department for the
17 incredible job that you did in this case. It was not an easy
18 case, and the amount of work that went into it is noticed and
19 much appreciated by this Court.
20     The descriptive outline of the criminal life that you
21 have led, Mr. Hunt, took 49 pages of the Probation's resources
22 to cover, pages 24 through 73 of the PSR.
23     And since you have been ten years old, some 25 years
24 ago, you have committed major crime after major crime. You
25 have decided that the community is yours to do whatever you

1    want to whomever you want.
2           And you hurt people because it has become a habit and
3    a sport for you.  And you have verbally and physically and
4    sexually disrespected people.  It became a habit for you.
5    Mistreating women physically, sexually and emotional, frankly,
6    became a thrill.  And terrorizing people who got in your way,
7    it simply became a way of life for you.  You threatened the
8    safety of the weakest people among us in our society.
9           And you show criminal contempt for everyone else,
10   including the Court, the Court system, state and federal.
11          You are a manipulator.  You manipulate people, and
12   when you can't manipulate them, you get angry and throw temper
13   tantrums.  When you don't get your way, you threaten people.
14   And, of course, that adds, and added in this particular case,
15   to many additional counts, all of which the jury found you
16   guilty of.
17          Frankly, there is nothing on the face of this planet
18   that you don't think you are entitled to, including taking a
19   young girl's dignity away from her, to say nothing of the
20   additional women who came in here and testified that you were
21   pimping them.
22          You, with regard to the 13-year-old victim in this
23   case, among other things, when you didn't like what she had to
24   say, you raped her.  You hid her from the police so she
25   couldn't report.  You attempted to keep her from her family so

1 she couldn't get away from you.

2 If that wasn't all enough, you did everything you could to take away and throw away all of her dignity when you took her into the back yard of your girlfriend's home and humiliated her in what you apparently called "dog-walking."

6 Again, how anybody with any fiber of decency on the face of this planet could do what you did to this 13-year-old girl is beyond all description and belief.

9 Your entire life has been defined by criminal conduct, and you have, thereby, based on what you have done, you have requested this Court to remove you from a civilized society, and today your request is granted.

13 Therefore, pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that you are committed to the custody of the Bureau of Prisons, to be imprisoned for a total term of 600 months, specifically, 50 years; 480 months as to Count 1, 120 months as to Count 2, to be served consecutively to Count 1, and 120 months as to each of Counts 3, 4, 5 and 6, to be served concurrently to Counts 1 and 2, for a total term of 600 months.

21 You shall pay a special assessment of $600, payment to begin immediately. The Court finds you do not have the ability to pay a fine and that's waived.

24 Upon release from imprisonment, if there is ever such a release date, you shall be placed on supervised release for

Case 1:13-cr-00189-LJO-SKO   Document 119   Filed 03/18/14   Page 11 of 17
11

```
1    a term of life on Counts 1 and three years on Counts 2, 3, 4,
2    5, and 6 each, to be served concurrently to Count 1 for a
3    total term of life.
4            Within 72 hours of release from the custody of the
5    Bureau of Prisons, you shall report in person to Probation in
6    the district where you are released.  While on supervised
7    release, if there be such a release, you shall not commit
8    another federal, state, or local crime; not possess a firearm,
9    as defined under 18 United States Code 921; shall not
10   illegally possess controlled substances; shall cooperate in
11   the collection of DNA as directed by Probation; shall comply
12   with the standard conditions recommended by the Sentencing
13   Commission and adopted by the Court; shall comply with the
14   requirements of the Sex Offender Registration and Notification
15   Act under 42 of United States Code section 1691 and following,
16   as directed by Probation, the Bureau of Prisons or any state
17   sex offender registration agency in which he or she resides,
18   works or is a student or was convicted of a qualifying
19   offense.
20           You shall refrain from any unlawful use of a
21   controlled substance; shall submit to one drug test within 15
22   days release from imprisonment, at least two thereafter, not
23   to exceed four per month.
24           The Court orders the following specific conditions:
25   You shall provide the Probation Officer with access to any
```

1   requested financial information as directed by Probation; you
2   shall participate in an outpatient correctional treatment
3   program to obtain the assistance for drug or alcohol abuse.
4           As directed by Probation, you shall participate in a
5   program of testing to determine if you have reverted to the
6   use of drugs and/or alcohol.  You shall abstain from the use
7   of alcoholic beverages and shall not frequent those places
8   where alcohol is the chief item of sale.
9           As directed by Probation, you shall participate in a
10  program of outpatient mental health treatment.  As directed by
11  Probation, you shall participate in a copayment plan for
12  treatment or testing; shall make payment directly to the
13  vendor under contract with the United States Probation Office
14  of up to $25 per month.
15          You shall submit to the search of your person,
16  property, house, residence, vehicle, papers, computer, other
17  electronic communications or data storage devices or media and
18  effects at any time, with or without a warrant by any law
19  enforcement or probation officer in the lawful discharge of
20  the officer's supervision functions with reasonable suspicion
21  concerning unlawful conduct or a violation of a condition of
22  probation or supervised release.
23          Failure to submit to a search may be grounds for
24  revocation.  You shall warn any other resident that the
25  premises may be subject to searches pursuant to this

1  condition.
2         You shall not possess or use a computer or any device
3  that has access to any online computer services unless
4  approved by the Probation Officer in advance in writing.  This
5  includes any Internet Service Provider, bulletin board system
6  or any other public or private computer network.
7         You shall have no contact with known children under
8  the age of 18 unless approved by the Probation Officer in
9  advance and in writing.
10        You are not to loiter within a hundred feet of any
11 school yard, park, playground, arcade or other places
12 primarily used by children under the age of 18.  This shall
13 include that you are not to engage in any occupation, paid or
14 volunteer, that causes you to regularly contact known persons
15 under the age of 18.
16        You shall consent to the Probation Officer and/or
17 Probation Services Representatives conducting periodic
18 unannounced examinations of any computer or computer-related
19 device or any equipment that has an internal or external modem
20 which is in the possession or control of you.
21        You shall consent to retrieval and copying of all
22 data from any such computer, computer-related device or
23 equipment, as well as any internal or external peripherals to
24 ensure compliance with conditions.
25        You shall consent to removal of any such computer,

1  computer-related device and equipment for purposes of
2  conducting a more thorough inspection and analysis.
3  　　　　　You shall consent to having installed on any
4  computer, computer-related device and/or equipment at your
5  expense any hardware or software systems to monitor the use of
6  the computer, computer-related device and equipment at the
7  direction of Probation and agree not to tamper with the
8  hardware or software and to not install or use any software or
9  programs designed to hide, alter or delete your computer
10 activities.  You shall consent to not installing new hardware
11 without the prior approval of Probation.
12 　　　　　You shall not possess, own, use, view or read
13 material depicting and/or describing sexually explicit
14 conduct, including computer images, pictures, photographs,
15 books, writings, drawings, videos or video games.
16 　　　　　"Sexually explicit conduct" is defined under
17 18 United States Code section 2256(2), means actual or
18 simulated intercourse, including genital-genital, oral-genital
19 or oral-anal, whether between the same or opposite sex,
20 bestiality, masturbation, sadistic or masochistic abuse or
21 lascivious exhibition of the genitals or pubic areas of any
22 person.
23 　　　　　You shall not frequent places where the primary
24 purpose is related to such material.
25 　　　　　You shall provide all requested business, personal

```
1    phone records to Probation.  You shall disclose to the
2    probation officer any existing contracts or telephone
3    line/cable service providers.
4           You shall provide the Probation Officer with written
5    authorization to request a record of all outgoing or incoming
6    phone calls from any service provider.
7           You shall consent to third-party disclosure to any
8    employer or potential employer concerning any computer-related
9    restrictions that are imposed upon you.
10          This includes any activities in which you are acting
11   as a technician, adviser or consultant, with or without any
12   monetary gain or other compensation.
13          You shall attend, cooperate, and actively participate
14   in a sex offender treatment and therapy program which may
15   include, but is not limited to risk assessment, polygraph
16   examination and or visual reaction treatment as approved and
17   directed by the Probation Officer and as recommended by the
18   assigned treatment provider.
19          Your residence shall be pre-approved by Probation.
20   You shall not reside in direct view of places such as school
21   yards, parks, public swimming pools or recreational centers,
22   playgrounds, youth centers, video arcade facilities or other
23   places primarily used by children under the age of 18.
24          As directed by Probation, you shall complete up to 20
25   hours of unpaid community service per week until employed for
```

```
1    at least 30 hours per week or participating in a previously
2    approved education or vocational program.
3            You shall not associate with any known gang member of
4    the Strother Crip street gang or any other known member of any
5    criminal street gang as directed by Probation.
6            You are hereby advised that you have a right to
7    appeal.  If you desire to appeal, you must file your notice of
8    appeal in writing with this Court within 14 days of today's
9    date.
10           If you cannot afford an attorney for your appeal and
11   you wish one, the Court will appoint one for you for that
12   purpose.  Do you understand?
13           THE DEFENDANT:  No, I don't.  Last part, your Honor,
14   you said I have a right to appeal.  I have to file it in this
15   court?
16           THE COURT:  That's correct.  Not the Ninth Circuit.
17   You file your notice of appeal in this Court and this Court
18   will make the arrangements to appoint counsel for you, if you
19   so request, and you are entitled to it.
20           THE DEFENDANT:  Okay.  Because that appeal has
21   already been sent to the Ninth Circuit, your Honor.
22           THE COURT:  Well, it is not timely, so I'm telling
23   you, you have 14 days from today's date to file your notice of
24   appeal.  If you don't do it, it is gone forever because it is
25   jurisdictional.  Do you have any other questions?
```

1         THE DEFENDANT:  No, sir.
2         THE COURT:  That's the order of the Court.  Thank
3    you.  Be in recess.
4         (The proceedings were concluded at 11:24 a.m.)
5         I, PEGGY J. CRAWFORD, Official Reporter, do hereby
6         certify the foregoing transcript as true and correct.
7
8    Dated:  14th of March, 2014         /s/ Peggy J. Crawford
                                         PEGGY J. CRAWFORD, RDR-CRR